COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:     01-15-00175-CV

Style:     Manowar Aziz and AB Transport and Trucking v. Abdul Waris,

Individually, and on behalf of Progressive Trucking as Shareholder

Date motion filed[*]:     May 29, 2015

Type of motions:     Motion for Extension of Time to File Appellant's Brief

Parties filing motions:     Appellant

Document to be filed:     Appellant's Brief

Is appeal accelerated?     No

If motion to extend time:

     Original due date:     June 1, 2015

     Number of extensions granted:     0     Current Due Date: June 1, 2015

     Date Requested:     N/A (no date requested)

Ordered that motion is:

     ☐ Granted

        If document is to be filed, document due:

     ☒ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☒ Other: _____

     The motion for extension of time to file appellant's brief is **denied without prejudice** to refiling after appellant files a response to appellee's motion to strike or deny notice of appeal, which was filed on March 2, 2015. Accordingly, if appellant fails to file a response to appellee's motion to strike or deny notice of appeal **within 10 days of the date of this Order**, this Court may dismiss the appeal without further notice. *See* TEX. R. APP. P. 42.3(a), (c).

Judge's signature: /s/ Laura Carter Higley

         ☒ Acting individually      ☐ Acting for the Court

Date: June 4, 2015